IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD BRYANT,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0667

Opinion filed March 11, 2016.

Petition for Writ of Nunc Pro Tunc -- Original Jurisdiction.

Reginald Bryant, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The "petition for writ of nunc pro tunc" is treated as a petition for writ of habeas corpus, and is denied without prejudice to petitioner presenting his claim to the lower tribunal.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.